**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Stephen P. Krutisia<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–1777<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Kristin A. Krutisia<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–4558<br>EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   District of New Jersey

Case number:   18–28508–SLM

# Order of Discharge                                                                                       12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Stephen P. Krutisia                            Kristin A. Krutisia
                                               aka Kristin A Hoffman

12/21/18                                       **By the court:**   Stacey L. Meisel
                                                                   United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                            **Order of Discharge**                                    page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                             United States Bankruptcy Court
                                  District of New Jersey
In re:                                                                  Case No. 18-28508-SLM
Stephen P. Krutisia                                                     Chapter 7
Kristin A. Krutisia
         Debtors
                                    CERTIFICATE OF NOTICE
District/off: 0312-2          User: admin                  Page 1 of 2          Date Rcvd: Dec 21, 2018
                              Form ID: 318                 Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 23, 2018.
db/jdb         +Stephen P. Krutisia,    Kristin A. Krutisia,    20 Ironia Road,    Flanders, NJ 07836-7108
517759034      +Bank of America Business Card,    PO Box 15710,    Wilmington, DE 19850-5710
517759041      +Gold's Gym,    16969 Texas Avenue,    Suite 500,    Webster, TX 77598-4085
517759043      +PNC Bank,    PO Box 747066,    Pittsburgh, PA 15274-7066
517759050       Total Visa,    PO Box 5220,    Sioux Falls, SD 57117-5220
517759052       Tractor Supply Credit Plan,    PO Box 9001006,    Louisville, KY 40290-1006

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Dec 22 2018 01:08:06      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 22 2018 01:08:03      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517759033       EDI: BANKAMER.COM Dec 22 2018 05:23:00      Bank of America,    PO Box 15719,
                 Wilmington, DE 198865719
517759035      +EDI: TSYS2.COM Dec 22 2018 05:23:00      Barclary Bank Delaware,    125 S. West Street,
                 Wilmington, DE 19801-5014
517759036       EDI: CAPITALONE.COM Dec 22 2018 05:23:00      Capital One,    PO Box 70884,
                 Charlotte, NC 28272-0884
517759037      +EDI: CAPONEAUTO.COM Dec 22 2018 05:23:00      Capital One Auto Finance,    PO Box 93016,
                 Long Beach, CA 90809-3016
517767949      +EDI: AISACG.COM Dec 22 2018 05:23:00      Capital One Auto Finance, a division of Capital On,
                 AIS Portfolio Services, LP,    4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
517759038       EDI: CHASE.COM Dec 22 2018 05:23:00      Chase,    PO Box 15153,    Wilmington, DE 198865153
517759039       EDI: DISCOVER.COM Dec 22 2018 05:23:00      Discover,    PO Box 71084,    Charlotte, NC 28272-1084
517759040      +E-mail/Text: egssupportservices@alorica.com Dec 22 2018 01:08:20      EGS Financial Care Inc,
                 PO Box 1020,    Dept 806,   Horsham, PA 19044-8020
517759042      +EDI: RMSC.COM Dec 22 2018 05:23:00      Pay Pal,    PO Box 960080,    Orlando, FL 32896-0080
517759044      +EDI: SEARS.COM Dec 22 2018 05:23:00      Sears,    7920 NW 110th Street,
                 Kansas City, MO 64153-1270
517759045       E-mail/Text: bankruptcy@bbandt.com Dec 22 2018 01:07:55       Sheffield Financial Corp.,
                 PO Box 890012,    Charlotte, NC 282890012
517759047      +E-mail/Text: bankruptcy@bbandt.com Dec 22 2018 01:07:55       Sheffield Financial LLC,
                 PO Box 1704,    Clemmons, NC 27012-1704
517759046      +E-mail/Text: bankruptcy@bbandt.com Dec 22 2018 01:07:55       Sheffield Financial LLC,
                 PO Box 890641,    Charlotte, NC 28289-0641
517766042      +EDI: RMSC.COM Dec 22 2018 05:23:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
517759048       EDI: RMSC.COM Dec 22 2018 05:23:00      Synchrony Bank / Amazon,    PO Box 960013,
                 Orlando, FL 32896-0013
517759051       EDI: TFSR.COM Dec 22 2018 05:23:00      Toyota Financial Services,    PO Box 5855,
                 Carol Stream, IL 60197-5855
517759049      +EDI: RMSC.COM Dec 22 2018 05:23:00      The Home Depo,    PO Box 630268,    Irving, TX 75063-0268
517759053       EDI: RMSC.COM Dec 22 2018 05:23:00      Walmart Credit Card,    PO Box 960024,
                 Orlando, FL 32896-0024
                                                                                               TOTAL: 20

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 23, 2018                                    Signature:  /s/Joseph Speetjens

```
District/off: 0312-2          User: admin              Page 2 of 2           Date Rcvd: Dec 21, 2018
                              Form ID: 318             Total Noticed: 26
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 21, 2018 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Eric R. Perkins    eperkins@mdmc-law.com, nj42@ecfcbis.com;tcolombini@mdmc-law.com
              Joan Sirkis Warren    on behalf of Debtor Stephen P. Krutisia joan@joanlaverylaw.com
              Joan Sirkis Warren    on behalf of Joint Debtor Kristin A. Krutisia joan@joanlaverylaw.com
              Kevin Gordon McDonald    on behalf of Creditor    Toyota Motor Credit Corporation
               kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
              Rebecca Ann Solarz    on behalf of Creditor    Toyota Lease Trust rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 8
```