Form 177 – fnldec

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  18–28508–SLM
Chapter:  7
Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Stephen P. Krutisia
20 Ironia Road
Flanders, NJ 07836

Kristin A. Krutisia
aka Kristin A Hoffman
20 Ironia Road
Flanders, NJ 07836

Social Security No.:
  xxx–xx–1777                                        xxx–xx–4558

Employer's Tax I.D. No.:

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Eric R. Perkins is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: December 27, 2018            Stacey L. Meisel
                                    Judge, United States Bankruptcy Court